JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMIR N. SAM,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL CHERTOFF, Secretary Homeland Security;<br>EMILIO GONZALES, USCIS Director;<br>DAVID STILL, District Director, DHS,<br><br>　　　　Defendants. | No. C 08-1196 SC<br><br>**STIPULATION TO EXTEND DATE OF CASE MANAGEMENT CONFERENCE** |

　　The plaintiff, by and through his attorney of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to extend the date of the case management conference, currently scheduled for June 6, 2008, in light of the following:

　　1.　Plaintiff filed an application for naturalization with the United States Citizenship and Immigration Services (USCIS) on February 13, 2006.

　　2.　The naturalization application is pending with USCIS.

　　3.　The USCIS has asked the FBI to expedite the processing of the plaintiff's name check, which must be completed prior to adjudication of the naturalization application.

　　4.　The parties believe there is a reasonable probability that this case will be administratively resolved in the next sixty days.

STIPULATION TO EXTEND DATE OF CMC
C08-1196 SC　　　　　　　　　　　　　　1

1 | Accordingly, the parties respectfully ask this Court to re-schedule the case management
2 | conference, currently scheduled for June 6, 2008, **to August 1, 2008.** The parties will submit a
3 | joint case management statement no later than July 25, 2008.

6 | Dated:  May 29, 2008                             Respectfully submitted,

7 |                                                 JOSEPH P. RUSSONIELLO
                                                    United States Attorney
8 |

9 |                                                        /s/
                                                    EDWARD A. OLSEN
10|                                                 Assistant United States Attorney
                                                    Attorneys for Defendants

12| Dated:  May 29, 2008                                    /s/
                                                    NADIA FARAH, ESQ.
13|                                                 Attorney for Plaintiff

### ORDER

17| Pursuant to stipulation, IT IS SO ORDERED.

19| Dated:  ___6/4_____, 2008
                                                    _____
                                                    SAMUEL CONTI
                                                    United States District Judge

*IT IS SO ORDERED. Judge Samuel Conti — United States District Court, Northern District of California (seal/stamp)*

STIPULATION TO EXTEND DATE OF CMC
C08-1196 SC                                            2