| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO, CSBN 44332<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>EDWARD OLSEN, CSBN 214150 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-6915<br>FAX: (415) 436-6927 |
| 8 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

AMIR N. SAM,  )
         Plaintiff,  )  No. C 08-1196 SC
         v.  )  **STIPULATION TO DISMISS; AND**
           )  **[PROPOSED] ORDER**
MICHAEL CHERTOFF, Secretary  )
Homeland Security;  )
EMILIO GONZALES, USCIS Director;  )
DAVID STILL, District Director, DHS,  )
         Defendants.  )

The plaintiff, by and through his attorney of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to dismiss the above-captioned case in light of the fact that the United States Citizenship and Immigration Services (USCIS) has agreed to adjudicate the plaintiff's application for naturalization within 30 days.

Each of the parties shall bear their own costs and fees.

STIPULATION TO DISMISS AND PROPOSED ORDER
C08-1196 SC          1

1

Dated: July 9, 2008                                     Respectfully submitted,

2
                                                        JOSEPH P. RUSSONIELLO
3                                                       United States Attorney

4
                                                        /s/
5                                                       EDWARD A. OLSEN
                                                        Assistant United States Attorney
6                                                       Attorneys for Defendants

7
Dated: July 9, 2008                                     /s/
8                                                       NADIA FARAH, ESQ.
                                                        Attorney for Plaintiff
9

10

11                              **ORDER**

12
    Pursuant to stipulation, IT IS SO ORDERED.
13

14  Dated: __7/22/08__, 2008                            _____
                                                        SAMUEL CONTI
15                                                      United States District

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO DISMISS AND PROPOSED ORDER
C08-1196 SC                                       2